# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VELASQUEZ,<br><br>        Petitioner,<br><br>   v.<br><br>BERNIE ELLIS,<br><br>        Respondent. | 1:06 CV 0241 AWI WMW HC<br><br>ORDER DENYING MOTION FOR SENTENCING HEARING<br><br>[Doc.8] |

     Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On May 16, 2007, Petitioner filed a motion in which he initially noted that this court had entered an order on February 20, 2007, requiring Respondent to file an answer to the petition by April 24, 2007.   Stating that Respondent had not yet complied with the court's order, Petitioner requested this court to therefore hold a sentencing hearing and re-sentence him to eliminate his mandatory 20-year minimum sentence.

     The court finds that  Petitioner's assertion that Respondent had not yet filed an answer to the petition was incorrect.  Respondent filed an answer on April 26, 2007.  Accordingly, Petitioner's motion is baseless and is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:**   **January 15, 2008**           **/s/  William M. Wunderlich**

1  UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28