# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VELASQUEZ, | ) 1:06 CV 0241 AWI WMW HC |
| | ) |
| | ) ORDER DENYING MOTION TO COMPEL |
| Petitioner, | ) [Doc. 10] |
| v. | ) |
| BERNIE ELLIS, | ) |
| Respondent. | ) |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On June 7, 2007, Petitioner filed a motion to compel Respondent to serve him with a copy of Respondent's answer to the petition. Respondent's answer, filed April 26, 2007, is accompanied by proof of service on Petitioner. Accordingly, Petitioner's motion to compel is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   January 15, 2008           /s/ William M. Wunderlich
                                    UNITED STATES MAGISTRATE JUDGE

1